UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re: Search Warrant                                  CASE NO. 3:21MJ215(TOF)

December 28, 2021

MOTION TO CONTINUE TO SEAL

The United States respectfully requests that the above-captioned matter remain under seal for sixty days, through and including February 28, 2022. This matter was sealed because it pertained to a then-ongoing and nonpublic investigation involving a child exploitation offense.

The investigation is still on-going. The target of the investigation is represented by counsel and the parties are pursuing a potential global resolution of state and federal charges. It is not yet known how the federal criminal matter may resolve. The Government respectfully submits that (a) the sensitive nature of the investigation, (b) the current posture of the case which is not yet public and (c) the Government's interest in protecting the identity of the minor victim(s) in accordance with 18 U.S.C. § 3509(d), outweigh any countervailing interests in public access to this matter, and sealing for 60 days is narrowly tailored to achieve those interests.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY

/s/

NANCY V. GIFFORD
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct16324

450 Main Street, Rm. 328
Hartford, CT  06103
Tel.: (860) 947-1101

ORDER

The Government's Motion to Seal is hereby GRANTED/DENIED for 60 days, through and including February 26, 2022.

_____
THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE
Date: